United states district court

Western District of Wisconsin

25-cv-950-wmc

Joseph zloza vs advanced conveyor installation, LLC, (owner) jeremy fontenot, UPS.


Complaint

Federal question jurisdiction, National labor relations act, hostile environment, unwanted touching, theft(unpaid wages), premises liability, fair labor standards act,  title VII of the Civil Rights Act of 1964, and unsafe working conditions.


I was working with a company called us trades for a company called advanced conveyor installation. 11/3/2025-11/8/2025. At UPS in Eagan mn, doing demolition work.  Where on first day 11/3/2025, where owner/supervisor jeremy told me and another operator named Orlando not to discuss wages with other people. Since people quit, which violates the national labor relations act. He also created hostile work environment for me. Kept yelling. He did apologized. After I was about to drag up 11/8/2025. Jeremy and jeff also kept touching my arm or back. I also asked another supervisor named Jeff about them making us arrive early. 5 mins each day without pay. Another day we had to stay 10-15 minutes late. Where we didn't get paid for it(meetings). Google states meetings or like required to be early. Should get paid for the time. I also had to quit since of unsafe working conditions. They told me load was 500-600 lbs and was like 2300. Overloading my crane. Causing me severe anxiety, causing me to shake. I remember telling another supervisor named Jeff about it making me shake.  Jeremy also gave me the middle finger. Torch man also gave me hand signals of like a heart, where I shook my head in the no direction.


10 million Dollars for pain and suffering, emotional distress, causing me severe stress, lost wages.


Jury demand

*[signature: Joseph Zloza]*

See  other  side

2025 NOV 17 A 11: 52
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI
FILED/REC'D

W7723 Silvernagel road

New Lisbon, WI, 53950

6085471818